IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLEOPHUS FRANKLIN
ADC #88453                                                                                      PLAINTIFF

v.                                      No. 3:11-cv-248-DPM

COURTIS WALKER, Prosecuting
Attorney, Mississippi County; and
DOES, Blytheville Police                                                                DEFENDANTS

JUDGMENT

Franklin's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

16 May 2012