# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

CLEOPHUS FRANKLIN
ADC #88453                                                    PLAINTIFF

v.                          No. 3:11-cv-248-DPM

COURTIS WALKER, Prosecuting
Attorney, Mississippi County; and
DOES, Blytheville Police                              DEFENDANTS

## JUDGMENT

Franklin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_16 May 2012_